UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CLIFFORD SENTER, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 23-2365 (UNA) |
| | ) | |
| | ) | |
| MERRICK GARLAND, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The above-captioned action submitted by seven prisoners has been opened provisionally. Clifford Senter was the only plaintiff to file an application to proceed *in forma pauperis* (ECF No. 2). On March 17, 2024, the Court issued an Order (ECF No. 5) directing plaintiff to file within 30 days a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which the plaintiff is or was confined, 28 U.S.C. § 1915(a)(2). The Court advised plaintiff that failure to comply would result in dismissal of this action without prejudice. To date, plaintiff has not complied with the March 17, 2024, Order.

Accordingly, it is hereby

ORDERED that Clifford Senter's application to proceed *in forma pauperis* [2] is DENIED WITHOUT PREJUDICE; it is further

ORDERED that Clifford Senter's motion for preliminary injunction [3] is DENIED WITHOUT PREJUDICE; it is further

ORDERED that Jesse Andre's motion for appointment of counsel [4] is DENIED WITHOUT PREJUDICE; and it is further

ORDERED that the complaint and this civil action are DISMISSED WITHOUT PREJUDICE.

The Clerk of Court shall TERMINATE this case.

SO ORDERED.

DATE: September 27, 2024                    JIA M. COBB
                                            United States District Judge